Albert Tomblin, Plaintiff-Appellee, v. Charles Dobbins and William Beachler, Defendants. Charles Dobbins, Defendant-Appellant.

Gen. No. 10,363.

Third District.
October 18, 1961.
Rehearing denied November 20, 1961.

Cassidy & Cassidy, of Peoria, and Kenneth B. Hawkins, of Chicago, for appellant; Frederick W. Allen, of Peoria, for appellee. Opinion by JUDGE CARROLL. Not to be published in full.